UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 08-24027-BKC-EPK
CHAPTER 11

U.S. MEDICAL CARE HOLDINGS, LLC,

    Debtor.

_____/

## MOTION FOR FURTHER EXTENSION OF DEBTOR'S EXCLUSIVE TIME AND MOTION FOR EXTENSION OF TIME TO FILE PLAN PURSUANT TO 11 U.S.C. §1121 EXPEDITED HEARING REQUESTED

**Debtor requests an expedited hearing in this matter because the deadline for filing a Plan and exclusivity is December 20, 2009.**

U.S. MEDICAL CARE HOLDINGS, LLC, Debtor and Debtor-in-Possession, by and through undersigned counsel, files this Motion for Further Extension of Debtor's Exclusive Time and Motion for Extension of Time to File Plan Pursuant to 11 U.S.C. §1121, and in support thereof states:

1.    This case was commenced by the filing of a voluntary petition under Chapter 11 on September 25, 2009.

2.    The deadline for Debtor's exclusive time within which the Debtor may file a Plan is December 20, 2009 pursuant to this Court's Order (DE 575).

3.    The deadline within which Debtor must file a Plan is December 20, 2009 pursuant to this Court's Order (DE 556).

4.    Because of the complex nature of the case and the time constraints of the holiday season, Debtor requests an extension of its exclusive deadline to file a Plan and an extension of time within which to file a Plan of Reorganization pursuant to 11 U.S.C. §1121.

5.    It is in the best interests of the Debtor and the Estate to allow the Debtor an

extension of its exclusive deadline to file a Plan and an extension of time within which to file a Plan of Reorganization pursuant to 11 U.S.C. §1121.

WHEREFORE, Debtor requests this Court enter an Order granting Debtor's Motion for Extension of Debtor's Exclusive Time and Motion for Extension of Time to File Plan Pursuant to 11 U.S.C. §1121 and for such other and further relief that may be just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all interested parties the 7th day of December, 2009.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PL
Attorneys for Debtor in Possession
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone:  (561) 368-2200

BY:_____/s/_____
      KENNETH S. RAPPAPORT, ESQ.
      FL Bar No. 132333