

**ORDERED in the Southern District of Florida on December 17, 2009.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 08-24027-BKC-EPK
CHAPTER 11

U.S. MEDICAL CARE HOLDINGS, LLC,

　　Debtor.
_____/

**ORDER GRANTING MOTION FOR FURTHER EXTENSION OF DEBTOR'S EXCLUSIVE TIME TO FILE PLAN PURSUANT TO 11 U.S.C. §1121**

THIS CAUSE came on to be heard December 17, 2009 in West Palm Beach, Florida upon the Debtor's the MOTION FOR FURTHER EXTENSION OF DEBTOR'S EXCLUSIVE TIME AND MOTION FOR EXTENSION OF TIME TO FILE PLAN PURSUANT TO 11 U.S.C. §1121 (DE 596), and the Court having heard argument of counsel, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that the Motion be and the same is hereby granted for the reasons stated on the record and the exclusive time for the Debtor to file a Plan is hereby extended through and including February 18, 2010.

###

Submitted By:
Kenneth S. Rappaport, Esquire
Florida Bar No. 132333
Rappaport Osborne & Rappaport, P.L.
1300 N. Federal Highway, #203
Boca Raton, FL 33432
Telephone: (561) 368-2200
Facsimile: (561) 338-0350

Copies Furnished To:

Kenneth S. Rappaport, Esq. is directed to mail or electronically serve where available a conformed copy of this Order to all interested parties and the 20 largest creditors immediately upon receipt.