UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 08-24027-BKC-EPK
CHAPTER 11

U.S. MEDICAL CARE HOLDINGS, LLC,

    Debtor.
_____/

### ASSIGNMENT OF CLAIM NO. 7

Randy Sue Valove hereby assigns Claim No. 7 filed on January 27, 2009 in the amount of $16,807.69 to Dr. Sasson Moulavi.

_____
RANDY SUE VALOVE