**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

*In re:*                                              Case No.: 08-24027-BKC-EPK

U. S. Medical Care Holdings, LLC
                                                     Chapter 11
        Debtor.

_____/

**FTCD, LLC'S RESPONSE IN OPPOSITION TO**
**OBJECTION TO CLAIM NO. 21**

        Creditor, FTCD, LLC ("FTCD"), by and through its undersigned counsel and
pursuant to Local Rule 3007-1, hereby files this response in opposition to Objection to
Claim No. 21 (DE 599), filed by the Debtor in Possession and states as follows:

        1.      The Debtor in Possession has objected to FTCD's Proof of Claim on the
basis that "Debtor is not indebted to this Claimant for any amount: and has requested that
the claim be stricken. However, the Debtor provides no legal authority for this objection.
As is evident from FTCD's filed Proof of Claim (Claim No. 21 on the Claims Register)
FTCD has specifically referenced and attached to the Proof of Claim proofs of damages
suffered by FTCD as a consequence of Debtor's rejection of its contracts with Debtor. The
filed documents set forth both the factual and legal basis for FTCD's damage claims
against Debtor.

        2.      In sum, FTCD's Proof of Claim is in proper form, timely filed, and legally
and factually sufficient to establish a claim against the debtor. Therefore, the objection to
the claim should be overruled, and the claims allowed.

WHEREFORE, for the foregoing reasons, Creditor FTCD, LLC requests that this court overrule the Debtor's objection to Claim No. 21 and grant such other and further relief as this court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: January ___7___, 2010.

SIMON, SIGALOS & SPYREDES, P.A.
3839 N.W. Boca Raton Boulevard
Suite 100
Boca Raton, FL 33431
561.447.0017 – Phone
561.447.0018 – Facsimile

George L. Sigalos, Esq.
Florida Bar No.: 782432
Anastasios Tom Spyredes, Esq.
Florida Bar No.: 0044740

## CERTIFICATE OF SERVICE

I HEREBY certify that on January ___7___, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

George L. Sigalos, Esq.

\\file-server\Public\Clients\BANKS\RESP OBJ #21 12 28 09.doc

2

*Service List:*

U.S. Medical Care Holdings, LLC
3350 NW Boca Raton Blvd., #B38
Boca Raton, Florida 33432


Lavi Enterprises, LLC
c/o Sasson Moulavi
3350 NW Boca Raton Blvd., #B-38
Boca Raton, Florida 33431


Kluger, Kaplan, Silverman, Katzen & Levine, PL
Attn:  Bruce A. Katzen, Esq.
17th Floor Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131