UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 08-24027-BKC-EPK
CHAPTER 11

U.S. MEDICAL CARE HOLDINGS, LLC,

    Debtor.
_____/

## MOTION FOR CONTEMPT

U.S. MEDICAL CARE HOLDINGS, LLC, Debtor and Debtor-in-Possession, by and through undersigned counsel, files this Motion for Contempt against FLO-MAR, LLC ("FLO-MAR") and its members MARIAN ZABLE ("ZABLE") and FLOYD COHEN ("COHEN"), and in support thereof would show:

1. This case was commenced by the filing of a voluntary petition under Chapter 11 on September 25, 2008.

2. Defendant, FLO-MAR was a Franchisee of the Debtor's "medically supervised weight loss center" system.

3. On October 23, 2009, this Court entered an Order Granting Debtor's Motion to Reject Executory Contracts with FLO-MAR, LLC (DE 578).

4. On November 20, 2009, FLO-MAR filed a proof of claim (signed by COHEN and ZABLE) stating as the basis of its claim "[b]reach/rej[e]ction of contract" (Claim No. 22).

5. Upon information and belief, FLO-MAR, through COHEN and ZABLE, continues to use Debtor's protected trademarks, service marks, and other commercial symbols the "Marks"), by but not limited to (i) displaying the sign "Smart for Life" at the

Sarasota Center and (ii) answering the phone at the Sarasota Center as Smart for Life.

6.  Debtor has simultaneously filed a Complaint for Breach of Contract and Injunction and a Motion for Preliminary Injunction, attached to which is an Affidavit from M. Sue Moyer, a private investigator concerning the continued use of Debtor's Marks.

7.  FLO-MAR, through COHEN and ZABLE, by continuing to use the Marks is in direct violation of this Court's Order.

8.  As a result of FLO-MAR's actions, through COHEN and ZABLE, Debtor's business is jeopardized as it no longer has control via supervision, product support, and or service support of its Marks currently being utilized by FLO-MAR.

WHEREFORE, Debtor requests this Court enter an Order of Contempt against FLO-MAR and its members MARIAN ZABLE and FLOYD COHEN and awarding Debtor such other and further relief as may be just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically where available or by regular mail to all interested parties this 19th day of January, 2010.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PL
Attorneys for Debtor in Possession
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY: _____/s/_____
KENNETH S. RAPPAPORT, ESQ.
FL Bar No. 132333