UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 08-24027-BKC-EPK
Chapter 11

In Re:

U.S. MEDICAL CARE HOLDINGS, LLC,

    Debtor.
_____/

## CREDITOR'S, FLO-MAR, LLC, MOTION FOR LEAVE TO AMEND PROOF OF CLAIM

Creditor, Flo-Mar, LLC ("Flo-Mar"), hereby seeks leave of the Court, pursuant to Rule 7015 of the Federal Rules of Bankruptcy Procedure, to amend its Proof of Claim and states:

1. Flo-Mar's original Proof of Claim No. 22, was timely filed on November 20, 2009.

2. The original claim states as its basis "Breach/rejection of contract" and lists the amount of the claim as $2,691,840.00.

3. Attached to the Proof of Claim are 68 pages of documents, which includes a Franchise Agreement, an Area Development Agreement and other documents evidencing the transactions between Flo-Mar and the Debtor, U.S. Medical Care Holdings, LLC ("U.S. Medical"), giving rise to the claim.

4. The original Proof of Claim value was tabulated based upon a list of various contributions, expenses and projected loss future income.

5. That list was not attached to the original Proof of Claim but has since been provided to counsel for the Debtor. A copy of the list is attached as Exhibit "A".

-1-

6. The undersigned counsel, having been retained by Flo-Mar after the Proof of Claim was filed, has subsequently reviewed the Proof of Claim and the list.

7. The original claim value of $2,691,840 was reached by simply adding each and every item on the list attached as Exhibit "A".

8. The undersigned counsel has determined that simply adding up each of the line items leads to a mathematical error in that certain components are "double counted".

9. In addition, the list includes line items for "lost future compensation" for Flo-Mar's members.

10. In order to correct the double counting issue and eliminate the lost future compensation elements, Flo-Mar seeks leave of the Court to file an Amended Proof of Claim.

11. The Amended Proof of Claim reduces the amount of claim from just under $2,700,000 to approximately $1,000,000. A draft proposed Amended Proof of Claim (without the supporting documentation that will be attached if this amendment is granted) is attached as Exhibit "B" to this Motion.

12. The Amended Proof of Claim only eliminates elements from the original Proof of Claim that does not add any additional items or line items. A list of the line items included in the Amended Proof of Claim is attached as Exhibit "C" to this Motion and will be attached to the Amended Proof of Claim in the event that Flo-Mar's Motion to Amend is granted.

13. Through the course of discovery on the existing claim, Flo-Mar has already produced to U.S. Medical, spread sheets identifying each and every individual item of expense which compromises the total value of each and every item listed on the attached Exhibit "B".

14. In sum, through the amendment, Flo-Mar is seeking only to reduce its claim and

eliminate various categories "damages". Flo-Mar is not seeking to add any additional categories or to add even a dollar to any of the existing categories which compromised the original Proof of Claim.

WHEREFORE, Flo-Mar respectfully requests this Court enter an Order granting its Motion to Amend its Proof of Claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail or by regular mail to all interested parties, this 15th day of March, 2010.

> I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).
>
> PAGE, MRACHEK, FITZGERALD & ROSE, P.A.
> 505 South Flagler Drive, Suite 600
> West Palm Beach, FL 33401
> Telephone: (561) 655-2250
> Facsimile:  (561) 655-5537
> Attorneys for Creditor Flo-Mar, LLC
>
> By:    s/Randy R. Dow
>        Randy R. Dow
>        Florida Bar No.0121118