

**ORDERED in the Southern District of Florida on March 31, 2010.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:  Case No. 08-24027-BKC-EPK

U.S. MEDICAL CARE HOLDINGS, LLC,

    Debtor.
_____/

### AGREED ORDER ON CREDITOR'S, FLO-MAR, LLC, MOTION FOR LEAVE TO AMEND PROOF OF CLAIM

**THIS CAUSE** came for consideration in West Palm Beach, Florida, upon Defendant's, Flo-Mar, LLC, ("Flo-Mar") Motion for Leave to Amend Proof of Claim (the "Motion"), DE #648 and the Court being advised that the Debtor does not have any opposition to Flo-Mar's Motion, it is

ORDERED AND ADJUDGED that:

1.    Flo-Mar's Motion is hereby granted.

2. Flo-Mar shall sign and file an Amended Proof of Claim in the form attached to the Motion within ten days of the date of this Order.

###

Submitted by:

Randy R. Dow, Esq.
Page, Mrachek, Fitzgerald & Rose, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Telephone: (561) 655-2250
Facsimile: (561) 655-5537
e-mail: rdow@pm-law.com

Copies furnished to:

Randy Dow is directed to mail or electronically serve where available a conformed copy of this Order upon all interested parties immediately upon receipt.